UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

**Granted.**
9:29 AM, Feb 10, 2022

Karen L. Litkovitz
United States Magistrate Judge

| | | |
|---|---|---|
| JAMES HANIGAN | : | |
| | : | Case No. : 1:21-cv-348 |
| Plaintiff, | : | |
| v. | : | Judge Matthew W. McFarland |
| | : | Magistatre Judge Karen L. Litkovitz |
| DEARBORN NATIONAL LIFE INSURANCE COMPANY | : | |
| | : | **UNOPPOSED MOTION TO SUBSTITUE SUCCESSOR LISA HANIGAN** |
| Defendant. | : | |

Plaintiff James Hanigan passed away on January 13, 2022. Counsel for Plaintiff filed a Suggestion of Death on January 26, 2022. (Doc. 9) Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Plaintiff moves the Court to substitute his spouse, Lisa Hanigan, as successor for James Hanigan. Mrs. Lisa Hanigan is named as the sole beneficiary and executrix in Mr. Hanigan's will, but no estate is expected to be opened or administered. Defendant consents to the substitution of Mrs. Lisa Hanigan in this matter.

Dated:  February 9, 2022

        s/ Claire W. Bushorn Danzl
        Claire W. Bushorn (0087167)
        **THE BUSHORN FIRM, LLC**
        810 Sycamore Street
        Cincinnati, Ohio 45202
        513.827.5771 – phone
        513.216.8717 – fax
        cbushorn@thebushornfirm.com
        *Trial Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022 a copy of the foregoing was filed via the Court's Electronic Filing System and intended to be served upon all counsel of record via the Court's electronic mail system.

/s/ Claire W. Bushorn Danzl
Claire W. Bushorn Danzl