# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| James Hanigan, et al., | Case No. 1:21-cv-348 |
| Plaintiff(s), | Consent Case; Litkovitz, M.J. |
| v. | |
| Dearborn National Life Insurance Company, | |
| Defendant(s). | |

## ORDER

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date 5/31/2022

awh    May 31, 2022

KAREN L. LITKOVITZ
United States Magistrate Judge